IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00481-WYD-MJW

HICA EDUCATION LOAN CORPORATION,

Plaintiff,

v.

THOMAS A. NELSON,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Reschedule Scheduling Conference and Allow Counsel to Attend Hearing Telephonically (Docket No. 10) is GRANTED.  The Scheduling Conference set for April 16, 2013 at 11:00 a.m. is VACATED.  The Scheduling Conference is RESET for June 24, 2013 at 9:30 a.m.  Further, counsel for plaintiff shall be permitted to attend the June 24, 2013 Scheduling Conference telephonically.  Counsel is directed to contact the court's chambers (303-844-2403) at the scheduled time.

In light of the above, it is FURTHER ORDERED that Plaintiff's Request to Appear Telephonically at the Scheduling Conference (Docket No. 9) is DENIED AS MOOT.

Date: March 25, 2013