IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00481-WYD-MJW

HICA EDUCATION LOAN CORPORATION,

     Plaintiff,

v.

THOMAS A. NELSON,

     Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Dismissal Without Prejudice filed April 17, 2013, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I).

Dated:  April 18, 2013

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge